PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Raymond J. Prosser, and William J. Stacy, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL SMITH, a/k/a VINCENT L. McHAFFEY, Defendant-Appellant.

(No. 61088;

First District (5th Division)—July 25, 1975.

PER CURIAM.

Paul Bradley, of State Appellate Defender's Office, of Chicago (Jan H. Stonecipher, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

WILLIAM DWYER, Plaintiff-Appellee, v. THE POLICE BOARD OF THE CITY OF CHICAGO et al., Defendants-Appellants.

(No. 60421;

First District (1st Division)—August 4, 1975.

Richard L. Curry, Corporation Counsel, of Chicago (Daniel Pascale, Lucia T. Thomas, and Michael J. Kelly, Assistant Corporation Counsel, of counsel), for appellants.

Lester D. McCurrie, of Oak Lawn (John J. O'Tolle, of counsel), for appellee.

Mr. JUSTICE GOLDBERG delivered the opinion of the court:

William Dwyer (plaintiff) was discharged from his position as captain on the Chicago Police Force by a decision of the Police Board of the city of Chicago. After administrative review, this decision was reversed by the circuit court and plaintiff was ordered restored to his former position. The Board prosecutes this appeal.

The Board urges that the fifth amendment privilege does not entitle